Ronnie Patterson
V.
Pike Co. Jail

5:23cv 115-KS-BWR

Sworn to and subscribe before me, this Thursday 21st day of December, A.D. 2023, to the clerk, U.S. District Court of Southern District of Mississippi.

I Mr. Ronnie Patterson an inmate in Magnolia MISSISSIPPI, Pike County Jail on grounds of:

(1) Curel & Unusual Punishment.

(2) Habrtual Cruel & Inhuman Treatment.

(3) Due Process up under the U.S. Constitution 5th Amendment of the U.S Constitution Article 3, Sec. 14

(4) Improper Sanatation

This Jail is violating all my Constitutional Rights. They do not do anything acording to the Law. The Way we are being feed,

they have installed a chage in front of the only entrance way, No one can get in Nor Can we get out in case of a fire or other emergencies, our windows are covered shut with Medal plates, we can not see any daylight, our showers are contamonated, the black mold is every where. We continue to complain but nothing is being done. I've been trying to get to the dentist for the past 9 Months, but for some reason thats not give to me I have yet to go!!! Our Vents Are covered with Dust our Venttal System does not work, people are constantly getting sick with no Medical attention. The Jail Administration is not doing their joB at All. They care only about A Dollar!!! Something Needs to be done.

Thank you, your Prompt Response is Greatly Appreciated.

Please send back Notorized Copy!!!

Ronnie Patterson
Signature of Inmate

I'm also sending you a self address envelope to get copy of legal work an Notorized! I Do Not trust officers.

Thank you So Much
Ronnie Patterson